No. 1013. ESPLIN ET AL. *v.* HIRSCHI ET UX. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted. *Hardin A. Whitney, Jr.,* for petitioners.

No. 985. EATON *v.* HOBSON. C. A. 6th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Milton V. Freeman, Werner J. Kronstein, William F. Snyder,* and *James J. Schiller* for petitioner. *Alexander H. Hadden* for respondent.